UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NESTOR DARIO CASTRO
                Petitioner
      v.                                          **Judgment in a Civil Case**
JANET NAPOLITANO; DISTRICT
DIRECTOR U.S. Immigration & Customs
Enforcement, Cary, NC; DIRECTOR U.S.
Immigration & Customs Enforcement,
Chicago, IL; JONATHAN MINER
                Respondents                    Case Number: 5:10-HC-2055-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of this court order to show cause.§ 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on July 27, 2010, with service on:
Nestor Dario Castor  29129-016; Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986 (via U.S. Mail)

July 27, 2010                                                /s/ Dennis P. Iavarone
                                                             Clerk